IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IVY FLETCHER-TOWNSEND,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No.  **05-695-DRH** |
| ) | |
| **PURDUE PHARMA CO., et al.,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**PROUD, Magistrate Judge:**

    Ten apparently similar cases have been filed regarding the drug OxyContin:

        *Davis v. Purdue Pharma Co., et al.*, 05-689-DRH/DGW
        *Haas v. Purdue Pharma Co., et al.*, 05-690-DRH/DGW
        *Hergenroeder v. Purdue Pharma Co., et al.*, 05-691-DRH/PMF
        *Johnson v. Purdue Pharma Co., et al.*, 05-692-DRH/PMF
        *Nipps v. Purdue Pharma Co., et al.*, 05-693-DRH/DGW
        *Session v. Purdue Pharma Co., et al.*, 05-694-DRH/DGW
        *Fletcher-Townsned v. Purdue Pharma Co., et al.*, 05-695-DRH/CJP
        *Milo v. Purdue Pharma Co., et al.*, 05-696-DRH/CJP
        *Umperovitch v. Purdue Pharma Co., et al.*, 05-697-DRH/PMF
        *Whittington v. Purdue Pharma Co., et al.*, 05-698-DRH/DGW

    After consultation with Judge Herndon, it is agreed that staggered presumptive trial months and schedules are appropriate, although the bulk of discovery is likely to still be conducted simultaneously in all ten cases. The Court will leave it to the parties to draft proposed revised schedules, or a master schedule, for submission to the Court. The parties should determine the best order in which to try the cases. The trials shall be staggered by 90 day intervals, and the dispositive motion deadline in each case shall be set for 100 days prior to the first day of the presumptive trial month.  The parties shall submit their proposed schedule(s) on

or before **January 13, 2006**.

    **IT IS SO ORDERED.**

    **DATED:  December 16, 2005**

                                            **s/ Clifford J. Proud**
                                            **CLIFFORD J. PROUD**
                                            **U. S. MAGISTRATE JUDGE**